NUMBER 13-08-00319-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

IN THE INTEREST OF Y. E. 

____________________________________________________________


On Appeal from the County Court at Law No. 4 


of Hidalgo County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Justices Rodriguez, Garza, and Vela


Memorandum Opinion Per Curiam


 Appellant, Walter Elizondo, attempted to perfect an appeal from a "Master court's
judgment entered on December 17, 2007." Upon review of the documents before the
Court, it appears that there is no such order entered by the County Court at Law No. 4 of
Hidalgo, County, Texas, in cause no. F-2067-01-4. It appears that the order from which
this appeal was taken is not an appealable order. 

 On May 27, 2008, the Clerk of this Court notified appellant of this defect so that
steps could be taken to correct the defect, if it could be done. See Tex. R. App. P. 37.1,
42.3. Appellant was advised that, if the defect was not corrected within ten days from the
date of receipt of this notice, the appeal would be dismissed for want of jurisdiction. 
Appellant failed to respond to the Court's notice. 

 The Court, having considered the documents on file and appellant's failure to correct
the defect in this matter, is of the opinion that the appeal should be dismissed for want of
jurisdiction. See id. Accordingly, the appeal is DISMISSED FOR WANT OF
JURISDICTION. See id. 42.3(b),(c).



 PER CURIAM

Memorandum Opinion delivered 

and filed this the 21st day of August, 2008.